**Order entered March 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01269-CV

## IN RE HERMES SARGENT BATES, LLP AND COLLEEN MCCOY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03421**

## ORDER
Before Justices Francis, Evans and Whitehill

By order dated December 30, 2014, the Court abated the petition for writ of mandamus pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure to allow the successor judge to reconsider the trial court's ruling. Relator moves to dismiss the petition for writ of mandamus stating the trial court has granted relator's motion for reconsideration and has granted the relief sought by the petition for writ of mandamus. We **ORDER** the petition for writ of mandamus **REINSTATED**. We **LIFT** the stay of proceedings in the trial court imposed by this Court's October 8, 2014 order. We **GRANT** relator's motion to dismiss the petition for writ of mandamus. Pursuant to the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** the parties to bear their own costs of this original proceeding.

/s/     DAVID EVANS
            JUSTICE